UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL WEST, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:07CV01466 ERW |
| | ) | |
| ALAN STAHL, | ) | |
| | ) | |
| Respondent. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court for initial review of petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. After reviewing the petition, the Court finds that it should be summarily dismissed.

Rule 4 of the Rules Governing § 2254 Cases in the United States District Courts provides that a district court shall summarily dismiss a § 2254 petition if it plainly appears that the petitioner is not entitled to relief.

Under 28 U.S.C. § 2254(b)(1),

> An application for a writ of habeas corpus on behalf of a person in custody pursuant to the judgment of a State court shall not be granted unless it appears that–
>
> > (A) the applicant has exhausted the remedies available in the courts of the State . . .

It is clear from the face of the petition that petitioner did not pursue post-conviction relief in the state trial court or the Missouri Court of Appeals. As a result, petitioner has not exhausted his available state remedies, and it plainly appears that petitioner is not entitled to relief.

Accordingly,

**IT IS HEREBY ORDERED** that West's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that the Court will not issue a certificate of appealability.

So Ordered this 18th Day of October, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE